# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOAT BALLARD,<br><br>             Petitioner,<br><br>     v.<br><br>J. D. HARTLEY, Warden,<br><br>             Respondent. | 1:11-CV-00189 GSA HC<br><br>ORDER DIRECTING PETITIONER TO FILE COMPLETED CONSENT/DECLINE FORM<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PETITIONER CONSENT/ DECLINE FORM |

Petitioner is a state prisoner proceeding pro se with a petitioner for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 4, 2011, the Court issued an Order directing Petitioner to file a completed consent/decline form within thirty (30) days of the date of service of the Order. Over thirty (30) days passed and Petitioner failed to comply.

Accordingly, Petitioner is HEREBY ORDERED to notify the Clerk of Court in writing within fourteen (14) days of the date of service of this order whether or not Petitioner consents to the jurisdiction of the U.S. Magistrate Judge for all purposes pursuant to 28 U.S.C. §636(c). Failure to comply with the Court's order will result in dismissal pursuant to Local Rule 110 and Rule 11 of the Fed. Rules of Civ. Proc. The Clerk of Court is DIRECTED to send Petitioner a consent/decline form.

IT IS SO ORDERED.

Dated: March 21, 2011            /s/ Gary S. Austin
                                 UNITED STATES MAGISTRATE JUDGE